# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **ADJOURNED INITIAL APPEARANCE** <br> on Rule 5 Hearing <br> Identity Hearing <br> Detention Hearing |
| v. | |
| **CRISTHIAN ALEXANDER MUNOZ PEREZ** | CASE NUMBER  25-mj-997 |

HONORABLE  NANCY JOSEPH, presiding      Court Reporter: Liberty
Deputy Clerk: Ross M.      Hearing Began: <u>10:05 a.m.</u>
Hearing Held: August 29, 2025 at 10:00 a.m.      Hearing Ended: <u>10:54 a.m.</u>

**Appearances:**
UNITED STATES OF AMERICA by:  Margaret Honrath
CRISTHIAN ALEXANDER MUNOZ PEREZ, in person, and by:  John Campion     ☐ CJA ☒ FDS ☐ RET
U.S. PROBATION OFFICE by:  Hannah Behnke
INTERPRETER:  ☐ None  ☒ Sworn Spanish Interpreter Susan Rascon

☒  Defendant advised of rights
☒  Defendant advised of charges, penalties and fines

☒  Defendant to be transported by the U.S. Marshal to District of Nebraska

Identity hearing proceeded.

10:07AM  Government calls **Corey Baumgardner** to the witness stand.  Direct.
10:26AM  Cross-examination.
10:27AM  Witness excused.
10:28AM  Government calls **Hannah Behnke** to the witness stand.  Direct.
10:29AM  Witness excused.
10:29AM  Government oral argument.
10:31AM  Defendant declines to make an oral argument.
10:31AM  Court finds that government has met its burden that there is probable cause that the defendant is Cristhian Alexander Munoz Perez.

Status pending appearance in charging district:
Government seeking detention.  Defendant to argue for release.

Government
- Charges stem from a large criminal organization committing crimes throughout U.S.
- Multiple states involved.
- Defendant has only been living in Wisconsin for two months.

- Defendant was jackpotting ATMs.
- Very sophisticated malware.
- Defendant is tasked with installing malware and then continuing to manipulate malware and retrieving cash.
- Amounts as high as $100,000-$150,000 a day retrieved.
- Defendant face seen on camera at ATMs.
- Multiple steps involved in this criminal enterprise including counter-surveillance.
- Defendant alleged to be in Iowa, New York, Nebraska, and Wisconsin committing this crime.
- Defendant left fingerprint at one ATM.
- Defendant's hands in surveillance footage as well.
- Defendant was arrested after being surveilled at ATM.
- Defendant had items including screwdriver and other indicia of him committing these crimes.
- Defendant stated this was his first time committing crime and was operating at behest of other actors.
- Immigration detainer has been placed on defendant.
- Important to detain defendant so he can answer for these crimes.
- Partner is in immigration custody now.
- Other person who came forward for defendant is also possibly involved in this scheme.
- Substantial evidence that defendant is a flight risk.
- Defendant is danger to community based on ongoing criminal behavior.

Defendant
- Don't think there is anything about danger to community.
- Issue is flight risk.
- Defendant has place to go and person to stay with.
- Other person he can stay with has not been charged with any crime.
- Defendant has been in this city for a couple months now.
- Defendant could be monitored.
- Requesting release to Arian Rodriguez here in Milwaukee.

Court
- Will detain defendant pending his appearance in District of Nebraska.
- Serious flight risk.
- Defendant remanded and detained until he is transported to Nebraska.